EDWARD H. MOWBRAY, Appellant, *v.* WILLIAM J. MOW-
BRAY et al., Respondents.

(Submitted June 3, 1935; decided June 11, 1935.)

*William Thorn Simpson* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.